**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Omar GONZALEZ–FERNANDEZ, also
known as Omar Fernandez–Gonzalez,
also known as Carlos Gonzalez–Her-
nandez, also known as Carlos Manuel
Gonzalez–Hernandez, also known as
Omar Hernandez–Gonzalez, Defen-
dant–Appellant.**

No. 08–40207

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2008.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Federal Public Defender's Office
Southern District of Texas, Houston, TX,
for Defendant–Appellant.

Before REAVLEY, DAVIS, and
ELROD, Circuit Judges.

PER CURIAM: *

Omar Gonzalez–Fernandez appeals the
sentence imposed following his guilty plea
conviction for illegal reentry following a
previous deportation. He argues that the
district court's written judgment of sen-
tence conflicts with its oral pronouncement
of sentence. The Government agrees.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

At the sentencing hearing, the district
court imposed a supervised release term of
two years. However, the written judg-
ment reflects a three-year term of super-
vised release. Because the written judg-
ment in this case conflicts with the oral
pronouncement of judgment, the oral pro-
nouncement controls. *See United States v.
Martinez,* 250 F.3d 941, 942 (5th Cir.2001).
Accordingly, the case is remanded for the
district court to amend its written judg-
ment to conform to its oral pronouncement
of sentence. *See id.*

REMANDED.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.